IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| KENNA J. PATRICK, | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL No. 6:15cv56-MHS-JDL |
| | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioners' denial of her application for Social Security benefits. The cause of action was assigned and referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation (R&R) recommends that the Commissioner' Unopposed Motion to Remand Pursuant to Sentence Six (Doc. No. 6) be granted and that this Social Security case should be remanded to the Commissioner pursuant to sentence six of 42 U.S.C. 405(g) in order for the Appeals Council to remand the case to an administrative law judge to conduct another hearing and issue a new decision. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's Unopposed Motion to Remand Pursuant to Sentence Six (Doc. No. 6) is hereby **GRANTED** and this Social Security action is hereby

**REMANDED** pursuant to the sixth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the opinion herein. It is further

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED**. Any party may ask that the cause of action be returned to the active docket in order to proceed before the Court or for the purpose of filing a joint motion to dismiss the case. It is finally

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 6th day of April, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE